> **ORDER**
> The Motion (Doc. No. 111) is GRANTED.
> *Eli Richardson*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 3:02-CR-00150-3 |
| v. | ) |
| | ) |
| VINH NGOL PHAM | ) |

**MOTION TO DISMISS**

The United States of America, by and through Henry C. Leventis, United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Kathryn W. Booth, hereby moves to dismiss the indictment against Vinh Ngol Pham with prejudice.

The Defendant was indicted in September 2002 for one count of possessing counterfeit securities, in violation of 18 U.S.C. § 513(a). (D.E. 47.) The defendant was released on conditions on August 16, 2002. (D.E. 26.) The Government appealed the Magistrate Court's decision to release him, but the District Court affirmed, and he was released on a $50,000 bond. (D.E. 35, 45.) The Defendant fled. An arrest warrant was issued on October 1, 2003. (*See Docket notations*.) Given that defendant has not been located or arrested in over twenty years, the United States hereby moves to dismiss this case with prejudice.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney for the
Middle District of Tennessee

By: */s Kathryn W. Booth*
KATHRYN W. BOOTH
719 Church Street, Suite 3300
Nashville, TN 37203